

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00189-CR |
| ALEX CENICEROS, | § | Appeal from the |
| APPELLANT, | § | 171st District Court of |
| V. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20170D03795) |
| APPELLEE. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.